**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>vs.<br><br>**JAMES E. TEAGUE**<br><br>    Defendant. | **CASE NO. 2:19-cr-200**<br><br>**CHIEF JUDGE MARBLEY**<br><br>**UNDER SEAL** |

### ORDER

The United States having moved to dismiss the bill of information filed in this case, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the bill of information (Doc. #4) is DISMISSED.

It is FURTHER ORDERED that this case be unsealed.

Dated:  January 28, 2021

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE